

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2015

No. 04-15-00069-CV

**TEXAS MUNICIPAL LEAGUE JOINT SELF-INSURANCE FUND**
and Texas Municipal League Intergovernmental Risk Pool,
Appellants

v.

**HOUSING AUTHORITY OF CITY OF ALICE**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 14-10-53721-CV
David A. Sanchez, Judge Presiding

# O R D E R

Appellee's motion to allow further briefing is denied.


It is so **ORDERED** on September 2, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court